UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x  Civil Action No.: CV-05-5754 (ARR)
UNITED STATES OF AMERICA, §
§
 Plaintiff, §
 - against- §
§
DAISY PAGAN a/k/a §
DAISY MORALES, §
§
 Defendant. §
------------------------------------------------------------x

## DEFAULT JUDGMENT

Because Daisy Pagan failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Daisy Pagan:

**Claim No. C99-12969W**

| | |
|---|---|
| Principal Balance: | $1,421.42 |
| Total Interest Accrued at 8.000%: | $1,880.19 |
| Filing and Service of Process: | ~~$285.00~~ $35.00 /m |
| Subtotal: | ~~$3,586.61~~ |
| Attorney's Fees: | $ |
| Total Owed: | $3,336.61 /m |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York
February 27, 2006

_____
~~Allyne R. Ross~~ ROBERT C. HEINEMANN
~~United States District Judge~~ CLERK OF COURT